IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| THANGHKAO SYSENGLATH, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2444-B/V |
| T.C. OUTLAW, | X | |
| Respondent. | X | |

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT OR PAY THE HABEAS FILING FEE

Petitioner Thangkhao Sysenglath, Bureau of Prisons inmate registration number 06550-030, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis), filed a pro se petition pursuant to 28 U.S.C. § 2241 on June 20, 2005. The Clerk shall record the respondent as FCI-Memphis warden T.C. Outlaw.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Sysenglath's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Sysenglath is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee thirty (30) days of the entry of this order. The

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-27-05

Clerk is ORDERED to mail a copy of the prisoner in forma pauperis affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 24th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed in forma pauperis will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02444 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Thangkhao Sysenglath
Federal Corrctional Institutional
06550-030
Box 34550
Memphis, TN 38184

Honorable J. Breen
US DISTRICT COURT